UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MR. MINISTER TALIV ALI
MRS. E. DUCOTE ALI
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

08 Civ. 2497 (KMW) ( )

- against -

SUPT. DOMINIC MANTELLO (COXSACKIE)
SUPT. BENNETT JR. (ELMIRA)
SUPT. ROBERT K. WOODS (UPSTATE)
COMM. GLENN S. GOORD
*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

NOTICE OF APPEAL
IN A CIVIL CASE

U.S. DISTRICT COURT FILED MAR 28 2008 S.D. OF N.Y.

PRO SE OFFICE

Notice is hereby given that Mr. & Mrs. Minister Taliv Ali
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

CAPIAS AD RESPONDENDUM   18 USCA § 3333
*(describe the judgment)*

under Directive Law 4422.9(a)(6) toward 28 CFR § 540.14 is a
Felonies offenses under 18 USC § 1201, 1512-13, 2246(D)(4)

entered in this action on the 16th day of August, 20 08.
*(date)* *(month)* *(year)*

Mr. & Mrs. Minister Taliy Ali
Signature   UPSTATE, CORR. FAC.
P.O.B.- 2001  309 Barehill Rd.
Address

Malone, N.Y. 12953
City, State & Zip Code

DATED: _____, 20___   (_____) ___-_____
Telephone Number

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*